COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.

Notice sent
9/16/2004
J. R. T.
F. P.
& A.
M. A. F.
A. C. M.

SUPERIOR COURT
DEPARTMENT OF THE
TRIAL COURT

|  |  |  |
|---|---|---|
| DOREEN CERRA, | ) | Notice sent |
| Plaintiff, | ) | 01/28/2004 |
|  | ) | F. P. & A. |
| v. | ) | M. A. F.    Civil Action No. 03-3386 |
|  | ) | A. C. M. |
| AMERICAN AIRLINES, INC. & | ) | J. R. T. |
| SHARON DOUGLAS, | ) |  |
| Defendants. | ) | (sc) |

(sc)

### DEFENDANT SHARON DOUGLAS' MOTION TO DISMISS ALL CLAIMS ASSERTED AGAINST HER PURSUANT TO MASS.R.CIV.P. 12(b)(6), MEMORANDUM OF LAW IN SUPPORT THEREOF, AND SUPERIOR COURT RULE 9 STATEMENT

Pursuant to Mass. R. Civ. P. 12(b)(6), defendant Sharon Douglas moves to dismiss all claims asserted against her because, as a matter of law, the Plaintiff's Complaint fails to state a claim against her. The Plaintiff failed to name Ms. Douglas as a respondent and failed to identify any alleged acts of wrongdoing on the part of Ms. Douglas in the Charge of Discrimination ("Charge") that she filed at the Massachusetts Commission Against Discrimination ("MCAD"). Her failure to do so precludes her from asserting claims against Ms. Douglas in this forum. For the reasons set forth more fully herein, because she failed either to name Ms. Douglas as a respondent or to assert specific claims against Ms. Douglas at the administrative level, all claims by the Plaintiff against Ms. Douglas must be dismissed pursuant to Mass. R. Civ. P. 12(b)(6).

*[Handwritten annotations in margins:]*

1/06/04 – Denied. w/o prejudice for failure to comply with Rule 9

NOTIFY

After hearing, at which counsel for the defendant was present but not counsel for the plaintiff, and based on my review of the MCAD charge and the authorities cited by the defendant, the motion to dismiss Sharon Douglas as a defendant in this case is allowed.

Manye [Stearns] J 9/15/04