UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB 25  P 4: 25

U.S. DISTRICT COURT

| | |
|---|---|
| DOREEN CERRA, Plaintiff, | ) ) ) |
| v. | ) ) ) |
| AMERICAN AIRLINES, INC., Defendant. | ) ) ) ) |

Civil Action No. 04-12095 RGS

## DEFENDANT'S CERTIFICATION OF CONFERENCE PURSUANT TO LOCAL RULE 16.1(d)(3)

Defendants American Airlines, Inc. and their counsel, Amy Cashore Mariani, of Fitzhugh, Parker & Alvaro, LLP hereby certify that they have conferred regarding establishing a budget for the defense of this matter, and regarding the use of alternative dispute resolution in accordance with Local Rule 16.1(d)(3) of the United States District Court for the District of Massachusetts.

AMERICAN AIRLINES, INC.

_____
David W. Strickler, Esq.
Counsel
AMERICAN AIRLINES, INC.
4333 Amon Carter Blvd.
Mail Drop 5675
Forth Worth, TX 76155

FITZHUGH, PARKER & ALVARO, LLP

_____
Amy Cashore Mariani, Esq.
BBO# 630160
FITZHUGH, PARKER & ALVARO LLP
155 Federal Street, Suite 1700
Boston, MA 02110

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2005, I have served the above *Defendant's Certification of Conference Pursuant to Local Rule 16.1(d)(3)* upon all counsel of record listed below by regular mail, postage prepaid.

James R. Tewhey, Esq.
19 North Street
Salem, MA 01970

_____
Adam J. Foss