UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DOREEN CERRA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-12095 RGS |
| | ) | |
| | ) | |
| AMERICAN AIRLINES, INC. | ) | |
| | ) | |
| Defendant | ) | |

## SECOND JOINT STATEMENT

Pursuant to this Court's instructions following the March 3, 2005 Scheduling Conference in this matter, the parties jointly submit the following statement.

The parties hereby advise that dispositive motions will be filed in the instant action. The parties further request that this Court set forth a schedule regarding deadlines for filing of briefs in this matter.

Respectfully Submitted,

**DOREEN CERRA**  
By her attorney,

**AMERICAN AIRLINES, INC.**  
By its attorneys,

/s/ James R. Tewhey_____  
James R. Tewhey  
BBO # 634810  
19 North Street  
Salem, MA 01970  
(978) 741-2255

/s/ Amy Cashore Mariani_____  
Michael A. Fitzhugh  
BBO # 169700  
Amy Cashore Mariani  
BBO # 630160  
FITZHUGH, PARKER & ALVARO LLP  
155 Federal Street  
Boston, MA 02110  
617-695-2330