UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
_____
                              )
DOREEN CERRA,                 )
      Plaintiff,              )
                              )
v.                            )     Civil Action No. 04-12095 RGS
                              )
AMERICAN AIRLINES, INC.,      )
                              )
Defendant.                    )
_____)
```

### DEFENDANT AMERICAN AIRLINES, INC.'S
### MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56(c) of the Federal Rules of Civil Procedure and Local Rule 56.1, the defendant, American Airlines, Inc., moves this Court for an Order granting it summary judgment on all claims asserted by the plaintiff in this action.

In support of this Motion for Summary Judgment, the defendant relies on the memorandum of law, statement of material facts and exhibits submitted herewith. Based on the undisputed material facts of record submitted herewith, Defendant is entitled to judgment as a matter of law.

Respectfully submitted,
**AMERICAN AIRLINES, INC.,**

By its attorneys,


 _/s/ Amy Cashore Mariani_____
Amy Cashore Mariani, BBO #630160
Michael A. Fitzhugh, Esq., BBO#169700
**FITZHUGH, PARKER & ALVARO LLP**
155 Federal Street, Suite 1700
Boston, MA 02110
(617) 695-2330


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 3, 2006.


 __/s/ Amy Cashore Mariani__
Amy Cashore Mariani