**EXHIBIT 3**






# NavigAAtor
*...the guide to American Airlines' policies and procedures*

Section 5-11

# INJURY ON DUTY LEAVE OF ABSENCE

**OVERVIEW**

If you are a regular employee, there is an unpaid injury on duty leave of absence (IDLOA) that may be available to you. To be eligible for this leave, you must be unable to work following an absence due to a compensable extended illness or injury sustained while on duty. This leave is intended to allow you additional time to recover so that you may return to work.

This applies to all regular employees except where it conflicts with a labor agreement. The company, as permitted by law, reserves the right to require you to take FMLOA in conjunction with IDLOA.

**EMPLOYEE RESPONSIBILITY**

An IDLOA must be authorized by AA Medical. It is your responsibility to ensure that AA Medical has timely information from your medical provider that includes the reason for the leave, the start date of the leave, and the expected duration of the leave. In no case will your IDLOA exceed five years.

If an IDLOA is authorized for you, it is your responsibility to maintain contact with the company regarding the status of your leave and your anticipated return from leave.

The benefits and privileges associated with IDLOA are outlined in the Employee Informational Letter for IDLOA found in Appendix A.

**SUCCESSIVE INJURY ON DUTY LEAVES**

If you return to work from an Unpaid Injury on Duty Leave of Absence and later return to a Injury on Duty leave for the same illness or injury, your later Injury on Duty leave will be considered part of the prior leave. This provision will not apply to you if you have returned to active payroll on a full duty basis for at least three months, or if the later Injury on Duty leave is due to any injury or illness unrelated to the previous Injury on Duty leave. In those situations, the later Injury on Duty leave will be considered a new Injury on Duty leave. Life/Health/Disability benefits are only available from the date of the first leave up to a maximum of two years.

## SUPERVISOR RESPONSIBILITY

Once an IDOL has been authorized, it is your responsibility to ensure that the proper procedures outlined below are followed:

- Prepare the Employee Information Letter for IDLOA for employee signature and advise the employee of benefit eligibility during the leave.

- Process all required payroll authorizations using SABRE DECS mask RF 5900 RMG and transaction code 13. Make sure you include the intended duration of the leave. Place the original signed payroll authorization in the employee's personnel file.

- Monitor the leave during the agreed upon duration and update the attendance records accordingly.

- Pay SK and VC benefits at the beginning of each year if the employee requests such payment. To authorize payment, send an AMS message to Payroll - TUL, HDQPYAA, using the format found in SABRE/DECS by accessing RF 1 VAC.

- If the employee is a Flexible Benefits participant and elected purchased vacation, request a refund of vacation monies if the employee will be on a leave of absence at the end of the year and did not use their vacation. This request must be received by PeopleLink by December 15 of each year. See SABRE Star record N*FLEX VC REFUND.

- Because the employee has reinstatement rights, you must have the same or similar job available in the same location for the employee upon return from the leave.

- When the employee is ready to return to work, ensure that the employee has completed the necessary medical clearance procedures. See the Medical Services Function section for information on these procedures.

- To bring the employee back to active status, complete a Payroll Authorization Message using transaction code 07. Place a photocopy of the signed payroll authorization in the employee's personal file and send the original to PA Processing, K27 TUL.

END
Issued by Corporate Human Resources

RETURN TO TOP

If there is any conflict between the information contained in this on-line version of the NavigAAtor and your hardcopy version, the information on the American Airlines IntrAAnet will govern.

https://hr.jetnet.aa.com/navigator/5-11.htm       4/26/02

Copyright 2001, American Airlines, Inc. All Rights Reserved.

Last Updated: 10/20/00

For questions regarding the policies contained in this page, contact your designated HR Office via phone, or

Return To Top    Table of Contents    AA IntrAAnet    Digital Library    Frc It

Jetnet Home | Contact Us | Change Password | Site Map | Help | User Agreement | Privacy
Copyright 2002 American Airlines, Inc. All rights reserved.

https://hr.jetnet.aa.com/navigator/5-11.htm                                           4/26/02