**EXHIBIT 4**

CERRA, DOREEN - #13040  
LOC:  WEST PALM BEACH OFFICE

02/16/2001

Ms. Cerra returns today.  She is presently on no medications through this office.  She is on some continued antidepressants prescribed to her by her psychiatrist.  She is doing quite well on the antidepressants.  She is on Celexa, Effexor, and lithium as well as Advil p.r.n..  She states that at present, she is pain-free, and the pain is rated at 0/10, and she has been back doing more vigorous activities including a great deal of gardening.

PHYSICAL EXAMINATION

PERTINENT FINDINGS:  On physical examination, blood pressure is 130/70, heart rate is 72, respiratory rate is 18.  DTRs are 2+ and symmetrical.  Sensation is intact.  Motor power is 5/5, and there are no spasms.  Coordination is intact.

RECOMMENDATIONS/PLAN

1. At this time, the patient can return to her previous job duties since she is pain-free and not having any difficulties and is performing higher level activities around the home.
2. I will recheck the patient on a p.r.n. basis.

JEFFREY S. FARBER, M.D.  
Diplomate American Board of  
Physical Medicine & Rehabilitation

JSF:medi:90