**EXHIBIT 5**

# Womesh C. Sahadeo, M.D., P.A.



PALM BEACH PSYCHIATRIC AND ADDICTION CENTER
5651 CORPORATE WAY • SUITE #4
WEST PALM BEACH, FL 33407
561-640-0200 • FAX 561-640-8193

July 25, 2001

American Airlines
ATTN: Medical Department

To Whom It May Concern:

This letter is to certify that Doreen Cerra has been under my care since January 7, 2000. Doreen presented very depressed and had difficulty concentrating. She was not functioning. Doreen's present medications are: Effexor 100mg twice per day, Celexa 60 mg per day, Restoril 15 mg at bedtime, and Xanax 1mg every 4 hours as needed.

Doreen has responded very well to her current medications. Her prognosis is good. She is currently functioning at full capacity and may return to work with no restrictions regarding her Psychiatric abilities.

If you have any further questions regarding this information please feel free to contact me at the above phone or address.

Sincerely,

Womesh C. Sahadeo, M.D.

RECEIVED
JUL 2 5 2001
JFK MEDICAL