**EXHIBIT 6**

Case 1:04-cv-12095-RGS   Document 9-7   Filed 02/03/2006   Page 1 of 3

/

EXHIBIT 3
Cerra
9/29/05 Virginia Dodge, RPR

Douglas gave me this address
to Eliminate NYC MEDICAL —
                    Medical DEPT.
4255    American Airlines
~~4333~~   Amon Carter Blvd              ~~CP4~~ CP4
        Fort Worth Tx 76155
   Attn: Dr McKenas

*****                                    ***** 
She cud hv been FL CTO SUP    who is
                              Barbara Rice?
~~817-963-1256   Barbara Rice~~

817-967-2289 - Tracy      Called and
FAX  817-967-6093         referred
DR. McKenas               BACK TO
                          NYC

Cindy,                "JOB Description"

                MALIECKEL
     DR. YAINOV - YANOW

      -718-632-3816-

Felicia - 12.7.00    " Both - Physicians"
Jerry - 12.8.00 - "  ~~~~ said me" FAXED
to D. Salcido sending form to Dr Euefer
3-12-01 spoke to Ruth, she was going to get meds
from SOS

1-17   Call AA MED cindy LMTC when Beth arr. 1030A

AFTER telling Douglas CTO #'s in OP
she gave me phone #'s and address
@ DFW MED

5, WED
SEP 2001 - called Vallee because of no info from Med. ~~I told her~~ She had info from Med and said because of medicine I couldn't perform my job (SAFETY, sensitive function), she wud hv to treat me as a new hire ※—$7 that what the labor laws say. Douglas on vc she wud call someone else in HR and return to my OF Fri, 9-7. Never did.