UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action Number 04-12095 RGS

| | |
|---|---|
| DOREEN CERRA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   STIPULATION OF THE PARTIES |
| | ) |
| | ) |
| AMERICAN AIRLINES, INC. | ) |
| | ) |
| Defendant | ) |

Now come the Parties and respectfully request that this Honorable Court extend the time for the Plaintiff to respond to the Defendant's Summary Judgment Motion up to and including March 13, 2006. The Defendant served its Summary Judgment Motion on the Plaintiff on or about February 3, 2006. The Plaintiff's response is therefore due on or about February 26, 2006. As reasons for the extension the Plaintiff's attorney states that on February 1, 2006 he was on trial in Worcester on a criminal matter. Further, this attorney states that he was on trial for another criminal matter for Wednesday, February 8, 2006 and a third on February 13, 2006 in Boston. In addition, Counsel for the Plaintiff has a trial scheduled for February 28, 2006. In addition, the Plaintiff's attorney suffered a death in his family on February 16, 2006 that required him to be out of town until Monday of this week. Because of the unusual trial schedule as well as the death in this attorney's family the Plaintiff's attorney is requesting that the date for response be extended to Monday, March 13, 2006.

The Defendant has assented to this motion.

/s/ James R. Tewhey
James R. Tewhey
BBO # 634810
19 North Street
Salem, MA  01970
(978) 741-2255

/s/ Amy Cashore Mariani /JRT
Amy Cashore Mariani, BBO #630160
Michael A. Fitzhugh, BBO #169700
**FITZHUGH, PARKER & ALVARO LLP**
155 Federal Street Suite 1700
Boston, MA  02110
(617) 695-2330