UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No, 04-12095 RGS

DOREEN CERRA,         )
                      )
    Plaintiff,        )
                      )
                      )
v.                    )
                      )
                      )
AMERICAN AIRLINES, INC. )
                      )
    Defendant        )

**PLAINTIFF'S MOTION IN OPPOSITION TO DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT**

The Defendant is not entitled to summary judgment because the undisputed facts show that there are material issues of fact that are in dispute. The Plaintiff has produced sufficient evidence to convince a reasonable fact finder that the Defendant's actions were motivated by discriminatory animus in violation of the M.G.L. c. 151B. Further, the Plaintiff has produced sufficient evidence for a reasonable fact finder to reject the employer's nondiscriminatory explanation for its decision and thus enable the plaintiff to sustain a finding of liability for intentional discrimination.

Doreen Cerra
By her attorney

*James R. Tewhey*

James R. Tewhey
BBO# 634810
19 North Street
Salem, MA  01940
978-741-2255

Date:  March 13, 2006

## CERTIFICATE OF SERVICE

I, James R. Tewhey, attorney for the plaintiff, hereby certify that a copy of the attached document was delivered by first class mail, postage prepaid, on March 13, 2006 to all attorney/s of record.

*James R. Tewhey*
James R. Tewhey