**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

<u>DOREEN CERRA,</u>
      Plaintiffs

     V.

<u>AMERICAN AIRLINES,</u>
      Defendants

CIVIL ACTION

NO. <u>  04-12045-RGS  </u>

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE <u>Stearns</u>

[ ]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]    On <u>November 16, 29, 2006, and December 1, 2006</u> I held the following ADR proceeding:

      ___ SCREENING CONFERENCE      ___ EARLY NEUTRAL EVALUATION

      _X_ MEDIATION      ___ SUMMARY BENCH / JURY TRIAL

      ___ MINI-TRIAL      ___ SETTLEMENT CONFERENCE

[X]    All parties were represented by counsel

[X]    The parties were present in person, by telephone or by authorized corporate officer or representative

The case was:

[ ]    Settled. A ___ day order of dismissal has been entered.

[ ]    There was progress.

[X]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:

[ ]    Other:

December 1, 2006                        /s/ Kenneth P. Neiman
DATE                                     ADR Provider

                                            <u>KENNETH P. NEIMAN, Chief Magistrate Judge</u>