UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| DOREEN CERRA, <br>     Plaintiff, <br><br> v. <br><br> AMERICAN AIRLINES, INC. <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 04-12095 RGS |

**AMERICAN AIRLINES, INC.'S REQUEST TO CONTINUE PRETRIAL CONFERENCE AND TRIAL DUE TO COUNSEL'S PREGNANCY**

Due to trial counsel's pregnancy, Defendant American Airlines, Inc. ("American"), hereby requests that the Court schedule the pretrial conference in this action on a date subsequent to April 2, 2007, and the trial in this action to a date subsequent to April 23, 2007. As grounds therefore, the Defendant states as follows:

1. On December 1, 2006, this Court ordered that the instant action would begin its jury trial on March 5, 2007.

2. Amy Cashore Mariani will serve as trial counsel for American at trial of the above-entitled action.

3. Ms. Mariani is pregnant with a due date of December 31, 2006. She is expecting to deliver by repeat Caesarian section. A medical certification of Ms. Mariani's pregnancy is attached hereto as Exhibit A.

4. Ms. Mariani's participation in all pretrial and trial matters is essential to American's defense of this case as she has conducted all depositions, has

2

prepared American's summary judgment motion, and has mediated the case before Magistrate Judge Neiman.

5. Ms. Mariani likely will be unable to participate in some or all of the pretrial and trial matters involved with this case if the pretrial conference and trial ready dates are not set subsequent to April 2, 2007, when she expects to return from maternity leave.

6. This extension is not being requested for the purposes of delay.

**WHEREFORE,** American Airlines, Inc. respectfully requests that this Honorable Court:

I. Allow the instant Motion; and

II. Grant such other and further relief as is just and proper.

          **AMERICAN AIRLINES, INC.**
          By Its attorneys,


          */s/ Amy Cashore Mariani*
          Amy Cashore Mariani, Esq., BBO#630160
          Michael A. Fitzhugh, Esq., BBO#169700
          **FITZHUGH, PARKER & ALVARO LLP**
          155 Federal Street, Boston, MA 02110
          (617) 695-2330

Dated: December 14, 2006

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on December 14, 2006.

                                                      _/s/ Amy Cashore Mariani___
                                                      Amy Cashore Mariani

**CERTIFICATE OF CONFERENCE**

    I hereby certify that on December 4, 2006, a copy of the foregoing Motion was emailed to opposing counsel James Tewhey, requesting a conference on any issues brought by the plaintiff with regard to the same. Several attempts were made to contact Attorney Tewhey by telephone after December 4, 2006, and to date, I have been unable to ascertain Plaintiff's position on the instant motion.

                                                      _/s/ Amy Cashore Mariani_____
                                                      Amy Cashore Mariani