UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                  )
DOREEN CERRA,                     )
                                  )
    Plaintiff,                    )
                                  )
    v.                            )    Civil Action No. 04-12095 RGS
                                  )
AMERICAN AIRLINES, INC.,          )
                                  )
    Defendant.                    )
_____)

### JOINT LIST OF EXHIBITS TO BE OFFERED AT TRIAL

1. Plaintiff's personnel file, Bates stamp numbers AA 0206 through AA 0520.

2. Plaintiff's medical file, Bates stamp numbers AA 0001 through AA 0192.

3. American Airlines, Inc.'s leave policies, Bates stamp numbers AA 0193 through AA 0195 and AA 0201 through AA 205.

4. American Airlines Job Description and Essential Functions, Airport Agent Position; Rev. 2/28/96, Bates stamp numbers AA 0196 through AA 0200 and AA 0521 through AA 0525.

5. Mortgage regarding property at 6156 Newport Village Way, Lake Worth, Florida dated September 9, 1997, Bates stamp numbers AA 0526 through AA 0530.

6. Copy of Quitclaim Deed between Joseph and Doreen Cerra and Silvio and Donna Petraglia for property at 26 George Street, Winthrop, MA dated August 26, 1997. Bates stamp number AA 0531.

7. MCAD Charge of Discrimination Cover Sheet signed 10/5/01 and stamped received January 18, 2002.

8. American Airlines Changing Jobs/Filling Vacancies Policies and Procedures; Last Updated 08/31/00, Bates stamp numbers AA 0566 through AA 0583.

9. Demonstrative Exhibit of American Airlines, Inc.'s ticket counter at Boston's Logan International Airport.

10. Copy of Physicians' Desk Reference 55th Edition, dated 2001, Bates stamp numbers AA 0532 through AA 0565.

11. Medical Services Function document dated July 13, 2002.

### PLAINTIFF'S PROPOSED EXHIBITS TO BE OFFERED AT TRIAL

1. American Airlines, Inc.'s Position Statement to the Massachusetts Commission Against Discrimination.

Respectfully submitted,

| | |
|---|---|
| **DOREEN CERRA** | **AMERICAN AIRLINES, INC.** |
| By her Attorney, | By Its Attorneys, |
| | |
| /s/ James R. Tewhey | /s/ Amy Cashore Mariani |
| James R. Tewhey, | Amy Cashore Mariani, (BBO #630160) |
| BBO #634810 | **FITZHUGH & MARIANI LLP** |
| 19 North Street | 155 Federal Street, Suite 1700 |
| Salem, MA 01970 | Boston, MA 02110-1727 |
| (978) 741-2255 | (617) 695-2330 |

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 28, 2007.

/s/ Amy Cashore Mariani
Amy Cashore Mariani