UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
_____
                             )
DOREEN CERRA,                )
                             )
     Plaintiff,              )
                             )
     v.                      )     Civil Action No. 04-12095 RGS
                             )
AMERICAN AIRLINES, INC.,     )
                             )
     Defendant.              )
_____)
```

**PROPOSED JOINT STIPULATED OR ADMITTED FACTS**

1. Plaintiff was employed by American as a Customer Service Agent from February 26, 1977 to May 8, 2002.

2. Plaintiff took a medical leave of absence in July of 1996 for a back injury.

3. Plaintiff began a second medical leave of absence on May 7, 1997 in connection with a reaggravation of the same injury.

4. American's policies provide that an employee may take up to five (5) years of unpaid medical leave for purposes of rehabilitation and recovery.

5. In 1997, and while still on medical leave of absence, plaintiff moved to Florida with her family.

6. In connection with her 1997 move, Plaintiff sold her home in Massachusetts and purchased a home in Florida.

7. As of 2001, plaintiff continued to reside in Florida.

8. During her second medical leave, plaintiff began seeing a psychiatrist, who prescribed medication for depression.

9. In February 2001, plaintiff received clearance from her orthopedist to return to work without restrictions.

10. In July of 2001, plaintiff's psychiatrist provided a letter to American stating that she was cleared to return to work, while also listing her medications. These were: Effexor, Celexa, Restoril, and Xanax.

11. Plaintiff was aware that there was a process to appeal the decision by American Medical regarding her ability to return to work.

12. In accordance with American's policies regarding unpaid medical leave, Plaintiff was administratively separated from American on May 8, 2002 – five years after her leave of absence began – because she had not returned to work as of that date.

Respectfully submitted,

| | |
|---|---|
| **DOREEN CERRA** | **AMERICAN AIRLINES, INC.** |
| By her Attorney, | By Its Attorneys, |
| | |
| /s/ James R. Tewhey | /s/ Amy Cashore Mariani |
| James R. Tewhey, | Amy Cashore Mariani, (BBO #630160) |
| BBO #634810 | **FITZHUGH & MARIANI LLP** |
| 19 North Street | 155 Federal Street, Suite 1700 |
| Salem, MA 01970 | Boston, MA 02110-1727 |
| (978) 741-2255 | (617) 695-2330 |

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 28, 2007.

/s/ Amy Cashore Mariani
Amy Cashore Mariani