UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                         )
DOREEN CERRA,                      )
                                         )
     Plaintiff,                    )
                                         )
  v.                                 )
                                         ) CIVIL ACTION NO.: 05-11652 WGY
AMERICAN AIRLINES, INC.,     )
                                       )
     Defendant.                 )
_____)

### **DEFENDANT'S PROPOSED VOIR DIRE TO THE VENIRE**

American Airlines hereby requests that this Court pose the following questions to the *venire*.

1. Do you, a member of your family, or any close friend know the attorneys or paralegals involved in this case, James Tewhey or Amy Cashore Mariani and Meg Ronsani of Fitzhugh & Mariani?

2. Do you, a member of your family, or any close friend know the plaintiff, Doreen Cerra, or any of her family members?

3. Do you, a member of your family, or any close friend know any of the following individuals, who may be called to testify at trial as witnesses?

   - Doreen Cerra
   - Andrea Valle
   - Sharon Douglas
   - James Yiannou
   - Elizabeth Malieckal
   - Tanya Kelly

4. Are you, a member of your family, or any close friend employed by an airline?

5. Have you, a member of your family, or any close friend been employed in the past by an airline?

6. Are you, a member of your family, or any close friend employed in the transportation industry?

7. Have you, a member of your family, or any close friend been employed in the past in the transportation industry?

8. Have you, a member of your family, or any close friend been a party in a lawsuit?

9. Have you, a member of your family, or any close friend been a witness in a lawsuit?

10. Have you, a member of your family, or any close friend been a victim of a crime?

11. Have you, a member of your family, or any close friend made a complaint of discrimination to a government agency, including, but not limited to, the Massachusetts Commission Against Discrimination, the Equal Employment Opportunity Commission, or a state or federal court?

12. Have you, a member of your family, or any close friend made a complaint of discrimination to an employer?

13. Do you believe that you, a member of your family, or any close friend has been the victim of discrimination?

14. Have you, a member of your family, or any close friend filed a complaint alleging a violation of civil rights under state or federal law?

15. Do you believe that you, a member of your family, or any close friend has been the subject of a civil rights violation?

16. Are you, a member of your family, or any close friend employed in the field of mental health, such as a psychiatrist, psychologist, licensed therapist or social worker?

17. Have you, a member of your family, or any close friend been employed in the past in the field of mental health, such as a psychiatrist, psychologist, licensed therapist or social worker?

18. Have you taken a leave of absence from employment for medical reasons?

19. Do you have any beliefs regarding large corporations that would affect your ability to be a fair and impartial juror in these proceedings?

American Airlines requests individualized examination of each juror who responds in the affirmative to any of the foregoing questions.

>Respectfully submitted,
>**AMERICAN AIRLINES, INC.**
>By Its Attorneys,
>
>/s/ Amy Cashore Mariani
>Amy Cashore Mariani, (BBO #630160)
>**FITZHUGH & MARIANI LLP**
>155 Federal Street, Suite 1700
>Boston, MA 02110-1727
>(617) 695-2330

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 28, 2007.

      /s/ Amy Cashore Mariani
      Amy Cashore Mariani