UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                    )
DOREEN CERRA,                       )
                                    )
   Plaintiff,                       )
                                    )
v.                                  )   Civil Action No. 04-12095 RGS
                                    )
AMERICAN AIRLINES, INC.,            )
                                    )
   Defendant.                       )
_____)

## DEFENDANT'S PROPOSED VERDICT QUESTIONS

1. Has plaintiff Doreen Cerra proven by a preponderance of the evidence that she was qualified to perform the essential functions of the job of customer service agent in 2001 and 2002?

   YES _____       NO _____

   If yes, proceed to question 2. If no, stop, sign and date the verdict form and contact the court officer.

2. Did Ms. Cerra prove to you by a preponderance of the evidence that she was ready, willing and able to return to work at Boston's Logan International Airport in 2001 and 2002 as a customer service agent?

   YES _____       NO _____

   If yes, proceed to question 3. If no, stop, sign and date the verdict form and contact the court officer.

3. Did American articulate a legitimate, non-discriminatory reason for not permitting Ms. Cerra to return to work?

   YES _____       NO _____

   If yes, proceed to question 4. If no, proceed to question 6.

4. Did Ms. Cerra demonstrate by a preponderance of the evidence that the reason offered by American for not permitting her to return to work was pretextual?

   YES _____       NO _____

   If yes, proceed to question 5. If no, stop, sign and date the verdict form and contact the court officer.

5. Did Ms. Cerra demonstrate by a preponderance of the evidence that the reason offered by American for not permitting her to

     return to work was motivated by a desire to discriminate against her on the basis of her alleged handicap?
YES \_\_\_\_\_                              NO \_\_\_\_\_
If yes, proceed to question 6. If no, stop, sign and date the verdict form and contact the court officer.

6. Did Ms. Cerra prove by a preponderance of the evidence that she has lost income because she did not return to work at American?
YES \_\_\_\_\_                              NO \_\_\_\_\_
If yes, state the amount of lost income proven by Ms. Cerra.  $\_\_\_\_\_
Proceed to Question 7.

7. Did Ms. Cerra prove by a preponderance of the evidence that she suffered other monetary losses because she did not return to work at American?
YES \_\_\_\_\_                              NO \_\_\_\_\_
If yes, state the amount of other monetary losses proven by Ms. Cerra.  $\_\_\_\_\_
Proceed to Question 8.

8. Did Ms. Cerra prove by a preponderance of the evidence that she suffered emotional distress because she did not return to work at American?
YES \_\_\_\_\_                              NO \_\_\_\_\_
If yes, state the amount of compensation for emotional distress to which Ms. Cerra has proven she is entitled.  $\_\_\_\_\_

If you have awarded any damages to Ms. Cerra in response to Questions 6, 7 or 8, please list those amounts here and total them:

        Lost income                    $\_\_\_\_\_
        Other monetary losses $\_\_\_\_\_
        Emotional distress       $\_\_\_\_\_
        Total                                $\_\_\_\_\_

Please sign and date this form, then contact the court officer.

_____
Jury Foreperson

Dated: September\_\_, 2007

Respectfully submitted,

**AMERICAN AIRLINES, INC.**
By Its Attorneys,


/s/ Amy Cashore Mariani
Amy Cashore Mariani, (BBO #630160)
**FITZHUGH & MARIANI LLP**
155 Federal Street, Suite 1700
Boston, MA 02110-1727
(617) 695-2330


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 28, 2007.

/s/ Amy Cashore Mariani
Amy Cashore Mariani