UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                    )
DOREEN CERRA,                       )
                                    )
    Plaintiff,                      )
                                    )
v.                                  )   Civil Action No. 04-12095 RGS
                                    )
AMERICAN AIRLINES, INC.,            )
                                    )
    Defendant.                      )
_____)

## JOINT PROSPECTIVE WITNESSES

1)     Andrea Valle
        Squantum, MA

2)     Sharon Douglas
        American Airlines, Inc.
        East Boston, MA

3)     James Yiannou, M.D.
        New York, NY

4)     Elizabeth Malieckal, RN
        American Airlines, Inc.
        New York, NY

5)     Tanya Kelley
        American Airlines, Inc.
        Fort Worth, TX

6)     Penny Prince
        American Airlines, Inc.
        Fort Worth, TX

7.)    Doreen Cerra

8.)    Defendant further reserves the right to supplement this witness list once it receives plaintiff's pretrial disclosures.

|  |  |
|---|---|
|  | Respectfully submitted, |
| **DOREEN CERRA** | **AMERICAN AIRLINES, INC.** |
| By her Attorney, | By Its Attorneys, |
|  |  |
| /s/ James R. Tewhey | /s/ Amy Cashore Mariani |
| James R. Tewhey, | Amy Cashore Mariani, (BBO #630160) |
| BBO #634810 | **FITZHUGH & MARIANI LLP** |
| 19 North Street | 155 Federal Street, Suite 1700 |
| Salem, MA 01970 | Boston, MA 02110-1727 |
| (978) 741-2255 | (617) 695-2330 |

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 28, 2007.

/s/ Amy Cashore Mariani
Amy Cashore Mariani