UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                    )
DOREEN CERRA,                       )
                                    )
    Plaintiff,                      )
                                    )
    v.                              )   Civil Action No. 04-12095 RGS
                                    )
AMERICAN AIRLINES, INC.,            )
                                    )
    Defendant.                      )
_____)

## JOINT TRIAL STATEMENT

Ms. Cerra, a former American Airlines employee, began a medical leave of absence in May of 1997 from her position as a customer service agent at Boston Logan International Airport. Ms. Cerra alleges that American discriminated against her on the basis of disability. She further contends that her ultimate administrative separation from American in May, 2002 was motivated by disability discrimination.

American contends that the restrictions placed by its medical department were based solely on information provided to it by Ms. Cerra and her physicians. As such, both the restrictions themselves and Ms. Cerra's ultimate administrative separation were legitimate, non-discriminatory actions. American further contends that after relocating to Florida, Ms. Cerra was unwilling to return to work at Boston Logan International Airport in accordance with American's rule. In addition, Ms. Cerra failed to take any of a number of possible steps (of which she admits having knowledge) to bring about her return to work before May of 2002.

|  | Respectfully submitted, |
|---|---|
| **DOREEN CERRA** | **AMERICAN AIRLINES, INC.** |
| By her Attorney, | By Its Attorneys, |
| /s/ James R. Tewhey | /s/ Amy Cashore Mariani |
| James R. Tewhey, | Amy Cashore Mariani, (BBO #630160) |
| BBO #634810 | **FITZHUGH & MARIANI LLP** |
| 19 North Street | 155 Federal Street, Suite 1700 |
| Salem, MA 01970 | Boston, MA 02110-1727 |
| (978) 741-2255 | (617) 695-2330 |

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 28, 2007.

/s/ Amy Cashore Mariani
Amy Cashore Mariani