UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                              )
DOREEN CERRA,                 )
                              )
    Plaintiff,               )
                              )
    v.                       )    Civil Action No. 04-12095 RGS
                              )
AMERICAN AIRLINES, INC.,      )
                              )
    Defendant.               )
_____)

### JOINT MOTION TO CONTINUE TRIAL DUE TO TEMPORARY INCAPACITY OF WITNESS SHARON DOUGLAS

The parties requests that the Court continue trial of this matter due to the temporary incapacity of an essential trial witness, Sharon Douglas. This matter was originally scheduled for trial on June 18, 2007. On May 23, 2007, the Court postponed trial of this action *sua sponte* to September 4, 2007. American Airlines, Inc. ("American") has just learned that Ms. Douglas will not be able to testify as a witness at trial in this matter because she has not recovered fully from brain surgery on April 10, 2007. Ms. Douglas had expected to return to work prior to both the June 18, 2007 and September 4, 2007 trial dates. At the present time, she has cognitive impairments that include difficulty speaking and communicating her thoughts.

Plaintiff claims she suffered discrimination on the basis of her disability while on leave of absence from her position as an airport agent at American. Ms. Douglas has been, at all pertinent times, employed by American's Human Resources Department and had several interactions with plaintiff during her leave of absence. The parties require Ms. Douglas' testimony regarding conversations she had with the plaintiff about

plaintiff's interest in returning to work and her efforts to return to work. At present, American is seeking to obtain information from Ms. Douglas' physicians as to a date by which she is likely to be able to testify.

WHEREFORE, the parties request that the Court defer scheduling a new trial date until the defendant is able to provide medical certification as to when Ms. Douglas is likely to be able to testify.

Respectfully submitted,

| | |
|---|---|
| **DOREEN CERRA** | **AMERICAN AIRLINES, INC.** |
| By her Attorney, | By Its Attorneys, |
| | |
| /s/ James R. Tewhey | /s/ Amy Cashore Mariani |
| James R. Tewhey, | Amy Cashore Mariani, (BBO #630160) |
| BBO #634810 | **FITZHUGH & MARIANI LLP** |
| 19 North Street | 155 Federal Street, Suite 1700 |
| Salem, MA 01970 | Boston, MA 02110-1727 |
| (978) 741-2255 | (617) 695-2330 |

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 29, 2007.

/s/ Amy Cashore Mariani
Amy Cashore Mariani