## UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

DOREEN CERRA

V.                          CIVIL ACTION NO. 04-12095-RGS

AMERICAN AIRLINES, INC.


# O R D E R

STEARNS, DJ.                                    SEPTEMBER 20, 2007


BECAUSE OF THE INCAPACITY OF TRIAL WITNESS SHARON DOUGLAS, THIS COURT IS HEREBY ORDERING THE CLERK TO "ADMINISTRATIVELY CLOSE" THE INSTANT CASE, UNTIL SUCH TIME AS THE WITNESS IS AVAILABLE TO TESTIFY AT TRIAL.   PLAINTIFF'S COUNSEL IS ORDERED TO NOTIFY THIS COURT, IN WRITING, , ONCE THE WITNESS IS AVAILABLE TO TESTIFY.   AT THAT TIME, THE CASE WILL BE RE-OPENED, RESTORED TO THE COURT'S DOCKET,  AND RE-SCHEDULED FOR TRIAL.

SO ORDERED.

RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE

BY:

/s/ Mary H. Johnson
_____
**Deputy Clerk**