UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                       )
DOREEN CERRA,                  )
                                       )
    Plaintiff,                       )
                                       )
    v.                                 )         Civil Action No. 04-12095 RGS
                                     )
AMERICAN AIRLINES, INC.,    )
                                     )
    Defendant.                  )
_____)

## JOINT TRIAL STATUS REPORT

The Court granted the parties' request to continue trial of this matter on August 29, 2007. The Court asked the parties to file a written status report in thirty days. American Airlines, Inc. ("American") has obtained information from Ms. Douglas' physician indicating he anticipates Ms. Douglas will be able to testify by January 1, 2008. (See letter from Dr. Costello, attached hereto as Exhibit A). Because Ms. Douglas' ability to testify after January 1, 2008 is a projected time, American will provide the Court with an update on December 15, 2007, as to the readiness of Ms. Douglas to testify.

WHEREFORE, the parties request that the Court schedule a new trial date on or after March 3, 2008.[1]

---

[1] Due to prescheduled vacations from December 28, 2007 through January 18, 2008, and Defendants trial schedule in February of 2008, Don DiFiore et al. v. American Airlines, Inc. USDC C.A. No. 1:07-cv-10070-WGY, the parties are requesting a date on or after March 3, 2008.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| **DOREEN CERRA** | **AMERICAN AIRLINES, INC.** |
| By her Attorney, | By Its Attorneys, |
| /s/ James R. Tewhey | /s/ Amy Cashore Mariani_____ |
| James R. Tewhey, | Amy Cashore Mariani, (BBO #630160) |
| BBO #634810 | **FITZHUGH & MARIANI LLP** |
| 19 North Street | 155 Federal Street, Suite 1700 |
| Salem, MA 01970 | Boston, MA 02110-1727 |
| (978) 741-2255 | (617) 695-2330 |

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 25, 2007.

　　　　　　　　　　　　　　　　 /s/ Amy Cashore Mariani
　　　　　　　　　　　　　　　　Amy Cashore Mariani