EXHIBIT A:
Doctor's letter regarding Sharon Douglas,
August 30, 2007

(filed under seal with the court)