UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                )
DOREEN CERRA,                   )
                                )
    Plaintiff,                 )
                                )
    v.                         )     Civil Action No. 04-12095 RGS
                                )
AMERICAN AIRLINES, INC.,        )
                                )
    Defendant.                 )
_____)

## AMERICAN AIRLINES, INC.'S TRIAL STATUS REPORT

    The Court granted the parties' request to continue trial of this matter until March 17, 2008. The parties' had requested the continuance in August do to the inability of Ms. Douglas, a witness in this matter, to testify at that time. American Airlines, Inc. ("American") notified the Court that it would file a written status report as to Ms. Douglas' ability to testify at trial in March of 2008. American has obtained information from Ms. Douglas' physician indicating he believes Ms. Douglas will be medically fit to testify by March of 2008. (See letter from Dr. Costello, attached hereto as Exhibit A).

    WHEREFORE, American requests that the Court trial date of March 17, 2008 proceed as ordered.

    Respectfully submitted,
    **AMERICAN AIRLINES, INC.**
    By Its Attorneys,

    /s/ *Amy Cashore Mariani*
    Amy Cashore Mariani, (BBO #630160)
    **FITZHUGH & MARIANI LLP**
    155 Federal Street, Suite 1700
    Boston, MA 02110-1727
    (617) 695-2330

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on December 13, 2007.

/s/ *Amy Cashore Mariani*
Amy Cashore Mariani