UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                         )
DOREEN CERRA,                            )
                                         )
        Plaintiff,                       )
                                         )
        v.                               )        Civil Action No. 04-12095 RGS
                                         )
AMERICAN AIRLINES, INC.,                 )
                                         )
        Defendant.                       )
_____)

## AMERICAN AIRLINES, INC.'S MOTION FOR LEAVE TO FILE EXHIBIT TO TRIAL STATUS REPORT UNDER SEAL

American Airlines, Inc. ("American") moves for leave to file Exhibit A to its

Trial Status Report under seal.  In support of this motion American states as follows:

(1)      Exhibit A to Joint Trial Status Report is a doctor's letter regarding Sharon

Douglas, an American Airlines, Inc. employee expected to be called to testify by both

parties.  During preparation for trial, Ms. Douglas' medical condition was cited as a

reason the parties asked this Court to continue the trial to a later date.  As Exhibit A

constitutes correspondence from Ms. Douglas' treating physician regarding her medical

condition, this information cannot be made available to the public.

WHEREFORE, for all the foregoing reasons, American Airlines, Inc. respectfully

moves for leave to file Exhibit A to its Trial Status Report under seal.

Respectfully submitted,

**AMERICAN AIRLINES, INC.**
By Its Attorneys,


/s/ *Amy Cashore Mariani*_____
Amy Cashore Mariani, (BBO #630160)
**FITZHUGH & MARIANI LLP**
155 Federal Street, Suite 1700
Boston, MA 02110-1727
(617) 695-2330


## CERTIFICATE OF SERVICE


I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on December 13, 2007.


 /s/ *Amy Cashore Mariani*
Amy Cashore Mariani