UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                               )
DOREEN CERRA,                  )
                               )
    Plaintiff,                 )
                               )
    v.                         )   Civil Action No. 04-12095 RGS
                               )
AMERICAN AIRLINES, INC.,       )
                               )
    Defendant.                 )
_____)

## MOTION TO CONTINUE TRIAL DUE TO TEMPORARY INCAPACITY OF WITNESS SHARON DOUGLAS

American Airlines, Inc. ("American") requests that the Court continue trial of this matter due to the temporary incapacity of an essential trial witness, Sharon Douglas. This matter was originally scheduled for trial on June 18, 2007. On May 23, 2007, the Court postponed trial of this action *sua sponte* to September 4, 2007. American Airlines, Inc. ("American") had learned that Ms. Douglas would not be able to testify as a witness at trial in this matter because she has not recovered fully from brain surgery on April 10, 2007. Ms. Douglas had expected to return to work prior to the June 18, 2007, September 4, 2007, and March 17, 2008 trial dates, however, she has not yet been able to return to work. At the present time, she has cognitive impairments that include difficulty communicating her thoughts.

Plaintiff claims she suffered discrimination on the basis of her disability while on leave of absence from her position as an airport agent at American. Ms. Douglas has been, at all pertinent times, employed by American's Human Resources Department and had several interactions with plaintiff during her leave of absence. The parties require

Ms. Douglas' testimony regarding conversations she had with the plaintiff about plaintiff's interest in returning to work and her efforts to return to work.

Ms. Douglas' physician, Dr. Daniel Costello, has been in contact with American and believes that she will be able to testify by June 1, 2008. (See letter from Dr. Costello, attached hereto as Exhibit A). Dr. Costello does not anticipate extending or delaying Ms. Douglas' ability to testify beyond June 1, 2008.

On February 6, 2008, counsel for the plaintiff, John Tewhey, informed the defendant's counsel that he would not oppose this motion.

WHEREFORE, American Airlines, Inc. respectfully request that the Court schedule a new trial date on or after June 2, 2008.

Respectfully submitted,

**AMERICAN AIRLINES, INC.**
By Its Attorneys,

*/s/ Amy Cashore Mariani*
Amy Cashore Mariani, (BBO #630160)
**FITZHUGH & MARIANI LLP**
155 Federal Street, Suite 1700
Boston, MA 02110-1727
(617) 695-2330

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 6, 2008.

*/s/ Amy Cashore Mariani*
Amy Cashore Mariani