UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-12095 RGS

DOREEN CERRA,                    )
                                 )
        Plaintiff,               )
                                 )
                                 )
v.                               )
                                 )
                                 )
AMERICAN AIRLINES, INC.          )
                                 )
        Defendant                )

"Plaintiff's Motion to Continue Trial Due to Plaintiff's Counsel's
Serious Medical Condition, Filed by American Airlines, Inc. Due to
Plaintiff's Counsel's Unavailability.".

Now comes the Plaintiff and by and through her attorney,
respectfully requests that the trial scheduled for June 16, 2008
be continued.  As reasons, this attorney states that on June 2,
2008, this attorney was diagnosed with a serious medical
condition.  That diagnosis was confirmed on or about June 4,
2008. It has been recommended that treatment begin on or about
June 11, 2008.  Said treatment would not allow this attorney to
be available on June 16, 2008 for the trial.  The plaintiff
through her attorney has contact opposition counsel and said
counsel does not oppose this motion, In addition, this attorney
has recommended that the plaintiff seek alternative counsel and
plaintiff is in the process of doing so

Respectfully Submitted by the Plaintiffs
Through their attorney

James R. Tewhey

BBO# 634810

121 Boston Post Road

Sudbury, MA   01776

978.443.5057

Date:   June 8, 2008

## CERTIFICATE OF SERVICE

I, James R. Tewhey, attorney for the plaintiff hereby
certify that a copy of the attached document was
delivered by first class mail, postage prepaid, on
June 8, 2008 to all attorney/s of record.

James R. Tewhey