UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                              )
DOREEN CERRA,                 )
                              )
     Plaintiff,               )
                              )
     v.                       )     Civil Action No. 04-12095 RGS
                              )
AMERICAN AIRLINES, INC.,      )
                              )
     Defendant.               )
_____)

### AMERICAN AIRLINES, INC.'S NOTICE TO RENEW TRIAL FILINGS FROM AUGUST OF 2007

The defendant in this matter, American Airlines, Inc. ("American") asks this Court to renew its trial motions and memorandums filed in August of 2007, for use at the continued trial date of June 16, 2008. American asks that these papers be renewed so as to not enlarge and duplicate the docket in this matter. American asks the following be renewed: *Joint Exhibit List*, Docket No. 21; *Trial Brief*, Docket No. 22; *Motion In Limine to Prohibit Testimony of Any Alleged Failure to Accommodate Plaintiff's Condition,* Docket No. 23; *Joint Proposed Findings of Fact*, Docket No. 24; *Proposed Voir Dire*, Docket No. 25; *Proposed Jury Verdict*, Docket No. 26; *Joint Prospective Witness List*, Docket No. 27; *Motion In Limine To Prohibit Testimony Regarding Other Employees*, Docket No. 29; and, *Joint Pretrial Memo Statement*, Docket No. 30. American will file revised Jury Instructions with the Court on June 9, 2008.

WHEREFORE, American asks that its motions and memorandums be renewed for trial on June 16, 2008.

Respectfully submitted,

**AMERICAN AIRLINES, INC.**
By Its Attorneys,


/s/ *Amy Cashore Mariani*
Amy Cashore Mariani, Esq. (BBO #630160)
Michael A. Fitzhugh, Esq. (BBO #169700)
**FITZHUGH & MARIANI LLP**
155 Federal Street, Suite 1700
Boston, MA 02110-1727
(617) 695-2330


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 9, 2008.


*/s/ Amy Cashore Mariani*
Amy Cashore Mariani