UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-12095 RGS

| | |
|---|---|
| DOREEN CERRA, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   **MOTION TO CONTINUE** |
| | ) |
| AMERICAN AIRLINES, INC. | ) |
| | ) |
|     Defendant | ) |

    Now comes the Plaintiff and by and through her attorney, respectfully requests that the trial scheduled for August 18, 2008 be continued. As reasons, this attorney states that on June 2, 2008, this attorney was diagnosed with a serious medical condition. That diagnosis was confirmed on or about June 4, 2008 and treatment began on or about June 11, 2008. This attorney filed a motion to continue that was allowed by the court. Ms. Cerra and this attorney have made numerous attempts to secure an attorney for the August trial date without success. This attorney is scheduled to undergo his final treatment this Thursday and has been told that he would be able to return to full time work as of September 1, 2008. The plaintiff is therefore requesting that this matter be continued until November of 2008. The plaintiff through her attorney has contact opposition counsel and said counsel does not oppose this motion.

Respectfully Submitted by the Plaintiff
Through her attorney

                                                 _James R. Tewhey/es_
                                                 James R. Tewhey
                                                 BBO# 634810
                                                 121 Boston Post Road
                                                 Sudbury, MA  01776
                                                 978.443.5057

Date:  August 5, 2008