UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

DOREEN CERRA,                                )
                                             )
        Plaintiff,                           )
                                             )
        v.                                   )
                                             )   CIVIL ACTION NO.: 04-12095 RGS
AMERICAN AIRLINES, INC.,                     )
                                             )
        Defendant.                           )
_____)

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties

to this action hereby stipulate and agree that it shall be dismissed with prejudice and with

each party to bear its own costs.  It is further agreed that all rights of appeal are waived.


**AMERICAN AIRLINES, INC.**             Respectfully Submitted by the Plaintiff
 By Its Attorneys,                      Through her attorney,




*/s/* Amy Cashore Mariani_____      /s/  James R. Tewhey_____
Amy Cashore Mariani, Esq. (BBO #630160)   James R. Tewhey, Esq. (BBO# 634810)
Michael A. Fitzhugh, Esq. (BBO #169700)    Law Offices of James R. Tewhey
**FITZHUGH & MARIANI LLP**                 70 Washington Street, Suite 405
155 Federal Street, Suite 1700             Salem, MA 01970
Boston, MA 02110-1727                      978.443.5057
(617) 695-2330
amariani@fitzhughlaw.com

2

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 26, 2009.

*/s/* Amy Cashore Mariani_____
Amy Cashore Mariani

2